**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**GARRY L. DOLES,**

***Plaintiff*,**

**v.** **Case No.: 5:26cv171-MW/MJF**

**JUDGE CLARK, et al.,**

***Defendants*.**
______________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint is **DISMISSED** because it is a shotgun pleading." The Clerk shall close the file.

**SO ORDERED on August 17, 2026.**

**s/Mark E. Walker**
**United States District Judge**